

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00024-CR

GREGORY G. TOBIAS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 208th District Court of Harris County.
(Tr. Ct. No. 1392449).

The cause heard today by the Court is an appeal from the judgment signed by the court below on November 19, 2013. After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 17, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.